IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI WHATLEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-0779 |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) JUDGE LANCASTER |
| Commissioner Of | ) |
| Social Security | ) MAGISTRATE JUDGE CAIAZZA |
| | ) |
| Defendant. | ) Electronic Filing |

## STIPULATION FOR PAYMENT OF ATTORNEY FEES

The parties in the above-captioned action, through counsel, agree and stipulate that the Defendant shall pay to Plaintiff's attorney, Karl E. Osterhout, Esquire, the total sum of Four Thousand Nine Hundred and Fifty Dollars ($4,950.00) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| /s/ Karl E. Osterhout | MARY BETH BUCHANAN<br>UNITED STATES ATTORNEY<br><br>s/ Jessica Smolar |
| KARL E. OSTERHOUT, ESQUIRE<br>1789 South Braddock Avenue<br>570 Edgewood Towne Center<br>Offices<br>Pittsburgh, PA 15218<br>(412) 371-7217 | JESSICA SMOLAR<br>ASSISTANT UNITED STATES ATTORNEY<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>(412) 894-7418 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

APPROVED AND SO ORDERED:

/s/ Lancaster
UNITED STATES DISTRICT JUDGE

9/18/07
DATE:

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).